IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| Jose Juan Romero | ) | Case No: 21 cv 01592 |
| Plaintiff | ) | Judge Sara L. Ellis |
| Vs | ) | Magistrate Heather K. McShain |
| State of Illinois, City of Chicago, et al. | ) | Jury Trial Demanded |
| Defendants | ) | |

Plaintiff's Motion for Leave to Amend Complaint

Now Comes the plaintiff, Jose Juan Romero, by and through his attorney, Ben Myers, who states in support of said motion as follows:

1. Plaintiff's counsel Myers was asked to participate in a phone conference with defense counsel for the purpose of considering the amendment of the complaint in this case. During said conference it became clear that the complaint would need to be amended for various reasons including statute of limitations and notice of claim issues.

2. It was agreed by Myers that he would amend the complaint. Further, Mark Winistorfer most generously agreed to send Myers a few cases to help him to better understand which counts had to be dropped from the complaint.

3. Plaintiff's counsel is currently most busy with a couple of things. He has a civil rights case out in a Utah federal Court that has many issues and would be considered most complex litigation. In addition, he also has a case against the City of Chicago related to a grant that is waiting on its complaint to be amended, it is due in roughly 14 days. Again, a complicated matter that will require time and effort to sort out.

4. Plaintiff is waiting on his settlement proposal. If accepted no amendment of the complaint would be necessary.

5. Wherefore, for the reasons stated above, Plaintiff does hereby request:

    a. 30 days leave of Court to amend said complaint from the date of May 26th 2021 forward, making said amended complaint due to be filed on or before June 25th, 2021, a Friday.

Respectfully submitted,

/s/ Ben Myers

Plaintiff's counsel

6525 N. Clark Street,

Chicago, Illinois  60626

773-761-6688 off

773-761-6689 fax

Email:  Ben@lf.org

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| Jose Juan Romero ) | Case No: 21 cv 01592 |
| Plaintiff ) | Judge Sara L. Ellis |
| Vs ) | Magistrate Heather K. McShain |
| State of Illinois, City of Chicago, et al. ) | Jury Trial Demanded |
| Defendants ) | |

Order

This matter coming to be heard on plaintiffs, Motion for Leave to amend his Complaint, due notice having been given, Court advised as to the merits of the matter:

IT IS ORDERED:

That Plaintiff's Motion for Leave to amend his Complaint is granted and plaintiff is granted thirty days leave of Court to file his first amended complaint in this case on or before, June 25th, 2021.

Date: _____

Entered: _____