**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOSE JUAN ROMERO, | ) | |
| | ) | |
| Plaintiff, | ) | 21-cv-01592 |
| | ) | |
| vs. | ) | Judge Sara L. Ellis |
| | ) | |
| STATE OF ILLINOIS, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

YOU ARE HEREBY NOTIFIED that on May 19, 2021, I caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division the following: ***Joint Initial Status Report on the Progress of Discovery***.

                KIMBERLY M. FOXX
                State's Attorney of Cook County

By:  */s/ David A. Adelman*
    David A. Adelman
    Assistant State's Attorney
    500 Richard J. Daley Center
    Chicago, Illinois 60602
    (312) 603-3151
    David.Adelman@cookcountyil.gov

**CERTIFICATE OF SERVICE**

I, David A. Adelman, Assistant State's Attorney, hereby certify that on May 19, 2021, I filed the above notice and the aforementioned pleading and that all counsel of record were served via Electronic Case Filing (ECF).

                /s/ *David A. Adelman*
                David A. Adelman
                Assistant State's Attorney